# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140371(51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DAVID RAY SMITH,
      Defendant-Appellee.
_____

SC: 140371
COA: 286479
Jackson CC: 07-004218-FH

      On order of the Chief Justice, the motion by the Prosecuting Attorneys Association of Michigan for extension to August 23, 2010 of the time for filing its brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

_____
Clerk